UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Security Life Insurance Company Of America,

Plaintiff,

v.

Hannover Life Reassurance Company Of America,

Defendant.

Court File No. 00-CV-2328 ADM/AJB

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

---

IT IS HEREBY STIPULATED, that defendant Hannover Life Reassurance Company of America shall have until December 15, 2000 to answer or otherwise plead in response to the Summons and Complaint herein.

Dated: November 21, 2000

**BEST & FLANAGAN LLP**

By: ______________________
Robert L. Meller (#71912)
Sarah Crippen Madison (#223074)
Cynthia L. Hegarty (#294627)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402-4331
(612) 339-7121
**ATTORNEYS FOR PLAINTIFF**

Dated: November 21, 2000

**LARSON • KING, LLP**

By: ______________________
Keith Dotseth (#210304)
Michael J. Steinlage (#0241143)
1500 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102-1211
(651) 312-6574
**ATTORNEYS FOR DEFENDANT**

NOV 22 2000
FRANCIS E. DOSAL, CLERK

**ORDER**

IT IS HEREBY ORDERED that defendant Hannover Life Reassurance Company of America shall have until December 15, 2000 to answer or otherwise plead in response to the Summons and Complaint herein.

Dated: November 22nd, 2000

Arthur J. Boylan
United States Magistrate Judge

23003